DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
dhc@severson.com
ANDREA H. HENNINGSEN (State Bar No. 167361)
ahh@seversn.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

JS-6

Attorneys for Plaintiff,
FORD MOTOR CREDIT COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CRENSHAW MOTORS, INC., a California corporation, RAYMOND H. SIMMONS, and DEENA SIMMONS,<br><br>　　　　　Defendants | Case No.  SACV07-55 CJC (ANx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge: Hon. Cormac J. Carney<br>Ctrm: 9B<br><br>Hearing Date: No Hearing Required<br><br><br>**Trial Date: August 12, 2008** |

Pursuant to the Stipulation for Dismissal with Prejudice between Plaintiff, FORD MOTOR CREDIT COMPANY ("Ford Credit"), and Defendants, CRENSHAW MOTORS, INC., a California corporation, ("Crenshaw") RAYMOND H. SIMMONS and DEENA SIMMONS, filed in accordance with Rule 41(a) of the Federal Rule of Civil Procedure, and for good cause appearing:

1   IT IS HEREBY ORDERED, that the above captioned action is hereby
2   dismissed with prejudice as to all Defendants;
3   IT IS FURTHER ORDERED, that each party shall bear its own attorneys fees
4   and costs incurred herein.

6   DATED: August 1, 2008

            _____
            Cormac J. Carney
            United States District Judge

- 2 -